UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

LYUDMILA KALANDAREVA,

        Plaintiff,

v.

CROTHALL HEALTHCARE INC.,

        Defendant.

-----------------------------------------------------------x

ORDER

18-cv-00562 (NG) (RLM)

**GERSHON, United States District Judge:**

For the reasons stated in the Report and Recommendation issued by Chief Magistrate Judge Mann (Dkt. No. 11), to which no objections were filed, the Clerk of Court is directed to remand this action to Supreme Court, Kings County, Index No. 500166/2018.

                                        SO ORDERED.

                                        /s/ Nina Gershon
                                        NINA GERSHON
                                        United States District Judge

October 15, 2018
Brooklyn, New York